UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | 5:00-CR-9(5) |
| | § | |
| **JODY PAXTON** | § | |

**MEMORANDUM ORDER**

The above-entitled and numbered criminal action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636. The Report of the Magistrate Judge which contains her proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. No objections were filed to the Report and Recommendation. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court. Accordingly, it is hereby

**ORDERED** that Defendant's plea of true to the allegations as set forth in the Government's petition is **ACCEPTED**. It is further

**ORDERED** that Defendant's supervised release is **REVOKED**. Based upon Defendant's plea of true to the allegations, the Court finds Defendant violated his conditions of supervised release. It is further

**ORDERED** that Defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of fifteen (15) months to run consecutive to the sentences received in Bowie County Court at Law Cause Nos. 04M2220-CCL and 05M0543-CCL, with no supervised release to follow the term of imprisonment. It is further

**REQUESTED** that the Bureau of Prisons designate FCI Texarkana for service of sentence; that the defendant obtain his GED or vocational training while incarcerated; and that the defendant be provided drug and alcohol abuse counseling while incarcerated.

**SIGNED this 23rd day of October, 2006.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE